IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| IGNACIA BAUTISTA, | § |
| Plaintiff, | § |
| v. | § Civil Action No. 3:05-CV-0258-N (BH) |
| COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | § |
| Defendant. | § |

## ORDER

After making an independent review of the pleadings, files and records in this case, and the Findings, Conclusions, and Recommendation of the of the United States Magistrate Judge, I am of the opinion that the Findings, Conclusions, and Recommendation of the Magistrate Judge are correct and are adopted as the Findings and Conclusions of the Court.

It is therefore ORDERED that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are adopted. Accordingly, *Plaintiff's Motion for Summary Judgment* is GRANTED, *Commissioner's Motion for Summary Judgment* is DENIED. The decision of the Commissioner is REVERSED and the case is REMANDED for reconsideration.

SO ORDERED.

DATED: August 24, 2007.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE